# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARAMA MILTON MODESTO, | : | |
|     Petitioner | : | |
| | : | No. 1:17-cv-02165 |
| v. | : | |
| | : | (Judge Rambo) |
| CRAIG A. LOWE, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, this 26th day of February 2018, upon consideration of the petition for writ of habeas corpus, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for an extension of time to file a traverse (Doc. No. 13), is **DENIED as moot**;

2. The petition for writ of habeas corpus (Doc. No. 1), is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge